```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 10614
    LEONARD CHARLEY
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0838

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/14/2007 and was confirmed 08/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 03/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                  PAID           PAID
--------------------------------------------------------------------------------
AMC MORTGAGE SERVICES       CURRENT MORTG         .00             .00              .00
AMC MORTGAGE SERVICES       MORTGAGE ARRE         .00             .00              .00
HYUNDAI MOTOR FINANCE       SECURED VEHIC     9275.00          229.20           411.65
HYUNDAI MOTOR FINANCE       UNSECURED        NOT FILED            .00              .00
INTERNAL REVENUE SERVICE    PRIORITY          3925.82             .00              .00
INTERNAL REVENUE SERVICE    PRIORITY         NOT FILED            .00              .00
AMERICAN EXPRESS TRAVEL     UNSECURED          272.33             .00              .00
BALLYS TOTAL FITNESS        UNSECURED        NOT FILED            .00              .00
FIA CARD/BANK OF AMERICA    UNSECURED          553.34             .00              .00
B-REAL LLC                  UNSECURED          446.94             .00              .00
ECAST SETTLEMENT CORP       UNSECURED          450.48             .00              .00
LVNV FUNDING LLC ASSIGNE    UNSECURED         5051.88             .00              .00
DEBT CREDIT SERVICES        UNSECURED        NOT FILED            .00              .00
DISCOVER FINANCIAL SERVI    UNSECURED         5352.03             .00              .00
HOME DEPOT                  UNSECURED        NOT FILED            .00              .00
SAMS CLUB                   UNSECURED        NOT FILED            .00              .00
VERIZON WIRELESS            UNSECURED          709.72             .00              .00
WF FINANCIAL                UNSECURED        NOT FILED            .00              .00
INTERNAL REVENUE SERVICE    UNSECURED          182.67             .00              .00
PORTFOLIO RECOVERY ASSOC    UNSECURED          808.47             .00              .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY       2,934.00                        1,789.75
TOM VAUGHN                  TRUSTEE                                             174.40
DEBTOR REFUND               REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  2,605.00

PRIORITY                                            .00
SECURED                                          411.65

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 10614 LEONARD CHARLEY
```

```
      INTEREST                                                    229.20
UNSECURED                                                            .00
ADMINISTRATIVE                                                   1,789.75
TRUSTEE COMPENSATION                                               174.40
DEBTOR REFUND                                                        .00
                                         ---------------    ---------------
TOTALS                                          2,605.00           2,605.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 06/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```